

**ORDERED in the Southern District of Florida on October 5, 2016.**

*A. Jay Cristol* (signature)

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:                                                              Case No. 14-26042-AJC

DEBORAH FRIEND,                                          Chapter 7

     Debtor.
_____/

### ORDER VACATING DISCHARGE

THIS CAUSE came before the Court *sua sponte*. On July 28, 2016 the Court entered *Order Granting Trustee's Agreed Motion to Dismiss Bankruptcy Case* [D.E. 54]. As a result of the voluntary dismissal of the case, the Debtor's discharge should be vacated. The Court being fully advised, it is

**ORDERED:**

The Discharge [D.E. 39] is **VACATED.**

# # #